UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider the motion to transfer under 28 U.S.C. § 1407 in MDL No. 3045 – *IN RE: FY 2022 Adjustment of Status Delay Litigation*.

| | |
|---|---|
| DATE OF HEARING SESSION: | **August 5, 2022** |
| LOCATION OF HEARING SESSION: | United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE<br>Washington, DC 20544-0005 |
| TIME OF HEARING SESSION: | **11:00 a.m.** |

THE PANEL DISPENSES WITH ORAL ARGUMENT

- The Panel will consider **without oral argument** the matter scheduled to be heard at the August 5, 2022, Hearing Session pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, pending its further review of the submissions in the scheduled matter, to either schedule oral argument or order supplemental briefing on any topic with respect to the motion. Should the Panel do so, the Panel Clerk will promptly notify the parties.

FOR THE PANEL:

*/s/ John W. Nichols*

John W. Nichols
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on August 5, 2022, the Panel will convene a hearing session in Washington, DC, to consider the matter on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in that matter to any district or districts.

IT IS FURTHER ORDERED that the Panel will consider the matter on the attached schedule **without oral argument**.  The Panel reserves prerogative, pending its further review of the submissions in the scheduled matter, to either schedule oral argument or order supplemental briefing on any topic with respect to the motion.  Should the Panel do so, the Panel Clerk will promptly notify the parties.

IT IS FURTHER ORDERED that, if the Panel schedules oral argument in the matter on the attached schedule, such argument shall be presented by videoconference or teleconference as directed by the Panel Clerk.

IT IS FURTHER ORDERED that, unless the Panel orders otherwise, **no parties or counsel need or shall be permitted to appear at the Hearing Session**.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
Karen K. Caldwell
Chair

| | |
|---|---|
| Nathaniel M. Gorton | Matthew F. Kennelly |
| David C. Norton | Roger T. Benitez |
| Dale A. Kimball | Madeline Cox Arleo |

MDL No. 3045 − **IN RE: FY 2022 ADJUSTMENT OF STATUS DELAY LITIGATION**

    District of Arizona

CHANDRASEKHARAN, ET AL. v. JADDOU, C.A. No. 2:22−01117

    Central District of California

KRISHNA, ET AL. v. UR JADDOU, C.A. No. 2:22−04129

    Eastern District of California

VATSAVAI, ET AL. v. JADDOU, C.A. No. 2:22−01014
AIYYATHURAI, ET AL. v. JADDOU, C.A. No. 2:22−01046

    Northern District of California

APTE, ET AL. v. JADDOU, C.A. No. 3:22−03574
VEMPATI, ET AL. v. JADDOU, C.A. No. 3:22−03645
MOHINDRU, ET AL. v. JADDOU, C.A. No. 4:22−03541
MOHAN, ET AL. v. JADDOU, C.A. No. 5:22−03539
NAYAK, ET AL. v. JADDOU, C.A. No. 5:22−03542
GAWANDE, ET AL. v. JADDOU, C.A. No. 5:22−03650

    District of Massachusetts

PARIKH, ET AL. v. JADDOU, C.A. No. 1:22−11112
DESAI, ET AL. v. JADDOU, C.A. No. 4:22−11040

    District of Nebraska

PENMATHSA, ET AL. v. JADDOU, C.A. No. 4:22−03109

    District of New Jersey

VAIBHAV, ET AL. v. JADDOU, C.A. No. 3:22−04188

    Eastern District of North Carolina

KOSURI, ET AL. v. JADDOU, C.A. No. 5:22−00262

    Western District of North Carolina

RAMASWAMY, ET AL. v. JADDOU, C.A. No. 3:22−00279

    Western District of Tennessee

RAMIREDDY, ET AL. v. JADDOU, C.A. No. 2:22−02416

Eastern District of Texas

GUPTA, ET AL. v. JADDOU, C.A. No. 4:22−00504
KRISHNAPURAM, ET AL. v. JADDOU, C.A. No. 4:22−00505

Southern District of Texas

BAKANE, ET AL. v. JADDOU, C.A. No. 4:22−01965
BUDDHARAJU v. JADDOU, C.A. No. 4:22−01966
JOIS, ET AL. v. JADDOU, C.A. No. 4:22−02026

Western District of Texas

UPPAL, ET AL. v. JADDOU, C.A. No. 1:22−00632